Eastern District of Kentucky
**F I L E D**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

JUN 2 3 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                        INDICTMENT NO. 6:22-cr-40-REW
                                          21 U.S.C. § 841(a)(1)

ELIGAH ROSCOE COOPER,
    aka "G"

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about April 25, 2022, in Pulaski County, in the Eastern District of Kentucky,

**ELIGAH ROSCOE COOPER,**
aka "G,"

did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation 21 U.S.C. § 841(a)(1).

Before **ELIGAH ROSCOE COOPER, aka "G,"** committed the offense charged in this count, **ELIGAH ROSCOE COOPER, aka "G,"** had a final conviction for a serious drug felony, namely, a conviction under Kentucky Revised Statute § 218A.1412, trafficking in carfentanil or fentanyl derivatives, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## FORFEITURE ALLEGATION
### 21 U.S.C. § 853

In committing the offense alleged in this Indictment, the same being punishable by imprisonment for more than one year, **ELIGAH ROSCOE COOPER, aka "G,"** used and intended to use the below-described property to commit and to facilitate the commission of said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violation of 21 U.S.C. § 841(a)(1), including, but not limited to the following:

### CURRENCY:

1. $2,256.00 in United States currency seized from **ELIGAH ROSCOE COOPER, aka "G,"** on or about April 25, 2022.

By virtue of the commission of the felony offense charged in this Indictment, any and all interest **ELIGAH ROSCOE COOPER, aka "G,"** has in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL

FOREPERSON

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**IF PRIOR SERIOUS FELONY DRUG CONVICTION:**
Not less than 10 years and not more than life imprisonment, not more than an $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture of listed assets.

**PLUS:** Restitution, if applicable.